UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN A. THOMAS (177753)

VERSUS

WILLIE WEBB, ET AL

CIVIL ACTION

NO. 06-187-A

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2007 SEP 19 P 1:42

SIGN _____
BY DEPUTY CLERK

## RULING

The court having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 30, 2007 (doc.16), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion/Request for Re-Investment (To Be Allowed to Proceed With Action Case) is considered as a motion for relief from judgment pursuant to Rule 60 (b) and is hereby DENIED.

Baton Rouge, Louisiana, September 19, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA